EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,        )<br>                             )<br>      vs.                    )<br>                             )<br> ALEX T. DEGUZMAN,           )<br>                             )<br>           Defendant.        )<br>                             ) | CR. NO. CR03-00099 DAE<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(o)(1);<br> 18 U.S.C. § 924(a)(2);<br> 26 U.S.C. § 5845(a)(b);<br> 26 U.S.C. § 5861(d)] |

**I N D I C T M E N T**

<u>COUNT 1</u>

The Grand Jury charges that:

That on or about February 16, 2003, in the District of Hawaii, defendant ALEX T. DEGUZMAN, did knowingly possess a machinegun.

In violation of Title 18 United States Code, Sections 922(o)(1) and 924(a)(2).

### COUNT 2

The Grand Jury further charges that:

That on or about February 16, 2003, in the District of Hawaii, defendant ALEX T. DEGUZMAN, did knowingly receive and possess a machinegun, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845(a),(b) and 5861(d).

DATED: February 26, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. ALEX T. DEGUZMAN
Cr. No.
"INDICTMENT"