AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case on Revocation

ORIGINAL

CC: USA
FPD USM
FIN PTS
OF USPO
SC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 23 2005

at 10 o'clock and 55 min. A M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**ALEX T. DEGUZMAN**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:03CR00099-001**
USM Number: 89181-022
**PAMELA BYRNE, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) Standard Condition No. 3; Standard Condition No. 11; Standard Condition No. 6; and Standard Condition No. 2. of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **3837**

Defendant's Residence Address:
**Ewa Beach, HI**

Defendant's Mailing Address:
**Ewa Beach, HI**

SEPTEMBER 15, 2005
Date of Imposition of Sentence

/s/ signature
Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

SEP 2 3 2005
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:03CR00099-001
DEFENDANT:       ALEX T. DEGUZMAN

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failed to follow the Probation Officer's instructions | 12/7/2004, 12/9/2004, 1/3/2005, and 1/4/2005 |
| 2 | Untruthful to the Probation Officer | 1/7/2005 |
| 2 | Failure to report Law Enforcement contact | 12/22/2004 |
| 2 | Failure to follow the Probation Officer's instructions | 1/7/2005 |
| 3 | Failure to report change in employment status | 1/13/2005 |
| 4 | Failure to follow Officer's instructions to submit DNA collection | 1/6/2005 |
| 5 | Untruthful to the Probation Officer | 2/2/2005 |
| 6 | Failure to submit to MSR | 2/2005 |
| 7 | Failure to report Law Enforcement contact | 3/5/2005 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:03CR00099-001 | Judgment - Page 3 of 3 |
| DEFENDANT: ALEX T. DEGUZMAN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 YEARS.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC, Honolulu.  Mental health treatment.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ]  at ___ on ___.
[ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ]  before _ on ___.
[ ]  as notified by the United States Marshal.
[ ]  as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

G:\docs\crim\JUDGMENTS\03-99-R.wpd